PROB 12C
(6/16)

Report Date: October 27, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Lynn Cloud          Case Number: 0980 1:16CR02002-LRS-1

Address of Offender:                    Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 15, 2016

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2)

Original Sentence:    Prison - 55 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:   James Goeke          Date Supervision Commenced: November 7, 2019

Defense Attorney:      Federal Defender     Date Supervision Expires: November 6, 2022

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to report to the probation officer as directed on September 16 and 30, 2020; and October 13 and 21, 2020.

Mr. Cloud's conditions were reviewed with him on November 13, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 2, as noted above.

On September 16, 2020, telephone contact was initiated by the undersigned officer. Mr. Cloud requested, and was granted, permission to report upon completion of his virtual drug and alcohol group on this date, which he failed to do.

On September 22, 2020, the undersigned officer made telephone contact with Mr. Cloud. He was instructed to report on September 30, 2020; however, the offender failed to report to the undersigned officer as directed.

Prob12C
**Re: Cloud, Nathan Lynn**
**October 27, 2020**
**Page 2**

On October 13, 2020, the undersigned officer left Mr. Cloud a voicemail, instructing the offender to report by the end of this date, which he did not do.

On October 21, 2020, the undersigned officer made telephone contact with Mr. Cloud, who requested, and was approved, to report after his children's dentist appointments this same date, which he did not do.

2    **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to attend drug and alcohol treatment on October 5 and 14, 2020.

Mr. Cloud's conditions were reviewed with him on November 13, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special conditions number 1, as noted above.

On October 5, 2020, Mr. Cloud was scheduled for an individualized meeting with his drug and alcohol treatment provider at Merit Resource Services (Merit), which he failed to attend. During follow up, Mr. Cloud verbally admitted missing an additional Merit treatment meeting on October 14, 2020. It should be noted, Mr. Cloud, with the assistance of his Merit treatment provider, has commenced the process for enrolling in a drug and alcohol inpatient treatment program.

3    **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to submit a urinalysis sample on September 25, and October 20, 2020.

Mr. Cloud's conditions were reviewed with him on November 13, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 2, as noted above.

On September 25, 2020, Merit reported the offender failed to report for random urinalysis testing. On October 1, 2020, during follow up, Mr. Cloud verbally admitted to this officer, not calling or reporting to Merit for urinalysis testing, as he only began calling Merit 2 days prior to this contact.

On October 20, 2020, Mr. Cloud failed to report to Merit for random urinalysis testing. On October 21, 2020, as noted in violation number 1, Mr. Cloud failed to report to the undersigned officer for follow up, as directed.

**Prob12C**
**Re: Cloud, Nathan Lynn**
**October 27, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 27, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

October 27, 2020

Date