PROB 12C
(6/16)

Report Date: March 11, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2022

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Nathan Lynn Cloud | Case Number: | 0980 1:16CR02002-LRS-1 |

Address of Offender:    Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 15, 2016

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924 (a)(2)

Original Sentence:    Prison - 55 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon            Date Supervision Commenced: November 7, 2019

Defense Attorney:     Troy Lee                    Date Supervision Expires: November 6, 2022

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/27/2020 and 3/15/2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

8    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

     **Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by being arrested and charged with possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine in Yakima County, Washington, on or about January 27, 2022.

     On November 13, 2019, Mr. Cloud reviewed and signed conditions of release, acknowledging an understanding of mandatory condition number 1, which requires him not to commit another federal, state, or local crime

     According to the Yakima County Sheriff's Office (YCSO) narrative report, case number 22C01310, on January 27, 2022, while at Mr. Cloud's residence to serve a warrant for his arrest, YCSO deputies and members of the Pacific Northwest Violent Offender's Task Force (PNWVOTF) observed Mr. Cloud jump on a quad vehicle and drive through an orchard in an effort to escape and evade law enforcement.

Prob12C
**Re: Cloud, Nathan Lynn**
**March 11, 2022**
**Page 2**

Law enforcement officers followed Mr. Cloud as he continued riding on his quad at a high rate of speed through the orchard for over 10 minutes. Mr. Cloud then continued through several more orchards, vineyards and a hop field before exiting out onto city streets, where he then drove in the opposite direction of traffic.

A deputy positioned his patrol car directly behind Mr. Cloud's quad vehicle and signaled his siren and emergency lights; however, Mr. Cloud continued to evade the deputy and turned off into yet another field. A deputy continued his pursuit as Mr. Cloud wove in and out of orchard trees. Mr. Cloud then turned his quad vehicle to face the deputy and passed directly in front of his patrol car. Mr. Cloud continued riding past the orchard trees and exited once again to city streets.

Mr. Cloud entered another field where a deputy and a deputy U.S. Marshal observed Mr. Cloud fall off his quad vehicle. The deputy reported that Mr. Cloud was bound to the quad's axle by a roll of baling wire. Mr. Cloud was given verbal directives and was taken into custody. A search of Mr. Cloud's person yielded a large amount of controlled substances: small bags containing methamphetamine, a bag containing blue fentanyl pills marked with "M30," a vial of methamphetamine, and a quantity of marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 11, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Cloud, Nathan Lynn**
**March 11, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 16, 2022
Date