PROB 12C
(6/16)

Report Date: March 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Lynn Cloud            Case Number: 0980 1:16CR02002-LRS-1

Address of Offender:            Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 15, 2016

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2)

Original Sentence:   Prison - 55 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Ben Seal                    Date Supervision Commenced: November 7, 2019

Defense Attorney:     To Be Determined            Date Supervision Expires: November 6, 2022

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/27/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to attend drug and alcohol treatment at Merit Resource Services (Merit) on March 1, 2021.

Mr. Cloud's conditions were reviewed with him on November 13, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 1, as noted above.

On February 25, 2021, Mr. Cloud advised the undersigned he scheduled an appointment at Merit for March 1, 2021, which Merit staff later confirmed.

Prob12C
Re: Cloud, Nathan Lynn
March 15, 2021
Page 2

        On March 1, 2021, Mr. Cloud failed to complete his drug and alcohol appointment. The offender reported to Merit, but terminated the meeting shortly after sitting down with his counselor. Mr. Cloud had requested time to take his daughter home and advised he would return; however, he failed to return.

5        **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to report for urinalysis (UA) testing as directed on January 20, February 3 and 8, and March 3 and 8, 2021.

        Mr. Cloud's conditions were reviewed with him on November 13, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 2, as noted above.

        On January 13, 2021, this officer advised Mr. Cloud of his placement in a random UA testing program (color line) at Merit.

        On January 20, 2021, Mr. Cloud failed to report to Merit for UA testing as previously instructed.

        On February 3 and 8, 2021, Mr. Cloud failed to report to Merit for UA testing.

        On March 3 and 8, 2021, Mr. Cloud failed to report to Merit for UA testing. Since releasing from inpatient treatment, Mr. Cloud has not made himself available for UA testing.

6        **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by verbally admitting to using methamphetamine on February 23, 2021.

        Mr. Cloud's conditions were reviewed with him on November 13, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 2, as noted above.

        On February 25, 2021, the undersigned made telephone contact with Mr. Cloud. On this date, the offender verbally admitted he consumed methamphetamine on February 23, 2021.

7        **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob12C
**Re: Cloud, Nathan Lynn**
**March 15, 2021**
**Page 3**

**Supporting Evidence**: Mr. Cloud is alleged to have violated his conditions of supervised release by failing to report a change of address as of March 12, 2021.

Mr. Cloud's conditions were reviewed with him on November 13, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes standard condition number 5, as noted above.

On March 11, 2021, a relative of the offender reported Mr. Cloud moved out of his last approved residence some time during the early morning hours. The undersigned officer called Mr. Cloud by telephone, to no avail. As of the writing of this report, Mr. Cloud has not reported a change of address, his living arrangements and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 15, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Cloud, Nathan Lynn**
**March 15, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 15, 2021
Date