PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 1, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Nathan Lynn Cloud              Case Number: 0980 1:16CR02002-SAB-1

Address of Offender:  ▮▮▮▮▮▮▮  Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 15, 2016

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924 (a)(2)

Original Sentence:       Prison - 55 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Michael Davis Murphy          Date Supervision Commenced: November 7, 2019

Defense Attorney:        Ulvar Wallace Klein           Date Supervision Expires: Tolling

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 27, 2020; March 15, 2021; and March 11, 2022

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

9 | **Standard Condition #1:** You must report to the probation office in the federal judicial district where you are authorised to reside within 72 hours of your release from imprisonment, unless the probation officer instruct you to report to a different probation office or within a different time frame.

**Supporting Evidence**: Mr. Cloud is alleged to have violated his supervised release conditions by failing to report to the probation office as directed by Your Honor, on April 28, 2023, by 4 p.m., and by failing to report within 72 hours of release (April 30, 2023).

On April 27, 2023, Mr. Cloud appeared in court before Your Honor where he was directed to abide by all the conditions of supervision, as well as report to the probation office by April 28, 2023, by 4 p.m., pursuant to his release order for case 1:22CR02027-SAB-1.

Mr. Cloud released from custody on April 27, 2023. On April 28, 2023, Mr. Cloud failed to report to the probation office by 4 p.m., and also failed to report within 72 hours of release. As of the writing of this report, Mr. Cloud's whereabouts is unknown.

Prob12C
Re: Cloud, Nathan Lynn
May 1, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/1/2023

Date